United States District Court
Southern District of Texas
**ENTERED**
December 04, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| **SAYED TAWHED SADAT**, § § Petitioner, § § v. § § **FRANCISCO VENEGAS**, *Facility Administrator of El Valle Detention Center*, § § § § § Respondent. § | Civil Action No. 1:25-cv-179 |

## NOTICE AND ORDER

On August 11, 2025, Petitioner Sayed Tawhed Sadat initially filed his "Declaration of Sayed Tawhed Sadat" (Sadat's "Original Declaration") in the Corpus Christi Division of the Southern District of Texas without paying the full filing fee. Dkt. No. 2, 6. On August 13, 2025, this action was transferred to the Brownsville Division of the Southern District of Texas. Dkt. No. 7.

On August 15, 2025, the Court noticed certain deficiencies in Sadat's declaration and ordered Sadat to "submit a completed copy of the AO 242 form within 30 days of receiving it." Dkt. No. 11 at 3 (emphasis removed). On August 18, 2025, the Clerk of Court mailed the August 15 Order [Dkt No. 11] via certified mail to Sadat. Dkt. No. 14. On August 28, 2025, the Court received a certified mail receipt returned. Dkt. No. 18. The deadline has long passed, and Sadat has failed to comply with the Court's August 15 Order [Dkt. No. 11] or show cause as to why he is unable to comply with the Order.

A district court may *sua sponte* dismiss an action for failure to prosecute under Federal Rules of Civil Procedure 41(b). *Hickerson v. Christian*, 283 Fed. Appx. 251, 253 (5th. Cir. 2008) (citing *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988)). This authority

flows from a court's inherent power to control its docket, prevent undue delays in the disposition of pending cases, and avoid congested court calendars. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–31 (1962). This dismissal may be with or without prejudice. *Long v. Simmons*, 77 F.3d 878, 879–80 (5th Cir. 1996).

Sadat is hereby **ORDERED** submit a completed copy of the AO 242 form **no later than January 5, 2026.** If Sadat fails to comply with the Court's August 15 Order [Dkt. No. 11], he is **NOTIFIED** that his § 2241 Petition can, and in all likelihood will, be subject to dismissal under the Federal Rules of Civil Procedure 41(b) for failure to prosecute or comply with a court order.

Finally, the Clerk of Court is **DIRECTED** to send Sadat a copy of the AO 242 Form and this Order.

**SO ORDERED.**

**SIGNED** on this **4th** day of **December, 2025**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**