United States District Court
Southern District of Texas
**ENTERED**
January 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| **SAYED TAWHED SADAT**, § § Petitioner, § § v. § § **FRANCISCO VENEGAS**, in his official capacity, Facility Administrator of El Valle Detention Center, § § § § § Respondent. § | Civil Action No. **1:25-cv-179** |

## ORDER

The Court is in receipt of Petitioner Sayed Tawhed Sadat's "Motion for Leave to File Supplemental/Amended/Replacement Verified Petition for Writ of Habeas Corpus Under Fed. R. Civ. P. 15" ("Motion for Leave") and "Supplemental Supplemental/Amended/Replacement Verified Petition for Writ of Habeas Corpus" ("First Amended Petition"). Dkts. No. 28, 30.

On December 4, 2025, the Court ordered Petitioner to "submit a completed copy of the AO 242 form **no later than January 5, 2026.**" Dkt. No. 24 at 2 (emphasis in original). On January 4, 2026, Sadat filed his Motion for Leave [Dkt. No. 28] and submitted his First Amended Petition in an approved format that follows the AO 242 guidelines.

Accordingly, for the reasons above, Sadat's Motion for Leave [Dkt. No. 28] is hereby **GRANTED**. Sadat's First Amended Petition [Dkt. No. 30] is hereby the operative pleading.

**SIGNED** on this **12th** day of **January, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III
United States Magistrate Judge**