United States District Court
Southern District of Texas
**ENTERED**
August 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SAYED S., "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:25-cv-00179 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, *in their official capacities,* "Respondents." | § | |

**ORDER**

Before the Court are Petitioner's "Amended Verified Petition for Writ of Habeas Corpus" (Dkt. No. 30) ("Petition"); Respondents' "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (1:25-cv-00265, Dkt. No. 18) ("MSJ")[1], and the Magistrate Judge's "Report and Recommendation to Grant Petitioner's Writ of Habeas Corpus and Recommending Petitioner's Release from Detention" (Dkt. No. 42) ("R&R").

The R&R recommends that the Court (1) grant the Petition (Dkt. No. 30), (2) release Petitioner from detention subject to supervision in accordance with 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5, (3) deny the MSJ (1:25-cv-00265; Dkt. No. 18) as moot, and (4) deny Petitioner's "Motion to Consolidate Cases and Issue Dispositive Orders" (Dkt. No. 39) ("Motion to Consolidate") as moot. Dkt. No. 42 at 10-11.

Objections to the R&R were due August 13, 2026. No objections were filed. If there have been no objections to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 42) is **ADOPTED**. The Petition (Dkt. No. 30) is hereby **GRANTED**. Respondents are **ORDERED** to release Petitioner from detention subject to supervision and provide a status report

[1] Although Civil Action Number 1:25-cv-00265 has been consolidated with the present case, the R&R treats Respondents' MSJ (1:25-cv-00265, Dkt. No. 18) as an operative response by Respondents.

confirming such release. Respondents' MSJ (1:25-cv-00265, Dkt. No. 18) and Petitioner's "Motion to Consolidate" (Dkt. No. 39) are both **DENIED** as moot.

SIGNED this August 14, 2026

Rolando Olvera
United States District Judge